No. 844. Fox *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *C. Anthony Friloux, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 855. TORRANCE *v.* SALZINGER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. *Elder W. Marshall* for petitioner. *David Stahl,* Attorney General, *Huette F. Dowling,* Special Deputy Attorney General, and *Alfred P. Filippone,* Deputy Attorney General, for respondent.

No. 857. HIRSCH *v.* LADD, COMMISSIONER OF PATENTS. Court of Customs and Patent Appeals. Certiorari denied. *Miles D. Pillars* and *Adolph C. Hugin* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondent.

No. 878. CLINKSCALES *v.* GEORGIA. Court of Appeals of Georgia. Certiorari denied. *Frank B. Stow* and *Robert E. Andrews* for petitioner. *H. W. Davis* and *Harry S. McCowen* for respondent.

No. 889. FEDERAL TRADE COMMISSION *v.* EXQUISITE FORM BRASSIERE, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. MR. JUSTICE WHITE took no part in the consideration or decision of this application. *James McI. Henderson* and *William A. Bailey* for petitioner. *Peyton Ford* for respondent.